

OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA
William J. Nealon Federal Bldg & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600   FAX (570) 207-5675
Internet Address: www.pamd.uscourts.gov

MARY E. D'ANDREA
Clerk of Court

Divisional Offices:

Harrisburg:     (717) 221-3920
Williamsport:  (570) 323-6380

October 24, 2008

Mr. and Mrs. Louis J. Pagnotti, III

Re:   U.S.A. vs. Louis Pagnotti, III, Case Number 3:05-CR-064-02

Dear Mr and Mrs. Pagnotti,

    The Court is in possession of an original Deed for your real property located in Luzerne County, Pennsylvania, that you submitted on February 11, 2005, as surety in the above referenced case.  This case was closed on September 4, 2007, so it is no longer necessary for the Court to retain this item.   The purpose of this letter is to request that you make arrangements to claim this property.  Please bring some form of photographic identification and the receipt issued to you upon your original submission of the Deed, so it may be released to you.

Sincerely,


/s/ Holly Snell
Holly Snell, Deputy Clerk



xc:   Patrick A. Casey, Esq.
      P.O. Box 551
      Scranton, PA   18501-0551

      Daniel T. Brier, Esq.
      425 Spruce Street, Suite 200
      Scranton, PA 18503